BOREN, OSHER & LUFTMAN LLP
Jeremy J. Osher (SBN 192109)
josher@bollaw.com
Aaron M. Gladstein (SBN 266287)
agladstein@bollaw.com
222 N. Sepulveda Blvd., Suite 2222
El Segundo, CA 90245
Telephone: (310) 322-2220
Facsimile: (310) 322-2228

Attorneys for Plaintiff,
KEVIN MCROBERTS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN MCROBERTS, an individual,<br><br>   Plaintiff,<br><br> vs.<br><br>DS HEALTHCARE GROUP, INC., a Florida corporation; DS LABORATORIES, INC., a Florida corporation; DIVINE SKIN CARE, INC., a Florida corporation; and DOES 1 through 10, inclusive,<br><br>   Defendants. | Case No.: 2:16-cv-06683-RGK(AGRx)<br><br>**NOTICE OF SETTLEMENT**<br><br><br>**PRE-TRIAL:** **August 28, 2017**<br>**TRIAL:**   **September 12, 2017** |

**TO THE COURT:**

In accordance with the Court's Standing Order, Local Rule 16-15.7 and the instruction of the Court, Plaintiffs hereby submit this Notice of Settlement to notify the Court that the lawsuit has been settled, and to request 30 days in which to file the dismissal.

Dated: June 30, 2017   BOREN, OSHER & LUFTMAN LLP

/s/ Jeremy J. Osher
JEREMY J. OSHER
AARON M. GLADSTEIN
Attorneys for Plaintiff
KEVIN MCROBERTS

# PROOF OF SERVICE

STATE OF CALIFORNIA      )
                         )    ss
COUNTY OF LOS ANGELES    )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years of age and am not a party to this action. My business address is 222 N. Sepulveda Blvd., Suite 2222, El Segundo, CA 90245.

On June 30, 2017, I served the document(s) as described below on interested parties in this action as follows:

## NOTICE OF SETTLEMENT

| | |
|---|---|
| ☐ | by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at El Segundo, California, addressed as set forth below. |
| ☐ | by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed envelope or package provided by an overnight delivery carrier with postage paid on account and deposited for collection with the overnight carrier at El Segundo, California, addressed as set forth below. |
| ☐ | I sent such document from facsimile machines (310) 322-2228 on Click here to enter a date.. I certify that said transmission was completed and that all pages were received and that a report was generated by said facsimile machine which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below. |
| ☐ | by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below. |
| ☐ | by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below. |
| ☒ | electronically by using the Court's ECF/CM System. |
| Babak Lalezari, Esq.<br>Redefine Law Firm<br>4311 Wilshire Boulevard, Suite 205<br>Los Angeles, CA 90010-3715<br>E-mail: blalezari@redefinelawfirm.com | Attorney for Defendants |

1

**PROOF OF SERVICE**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose discretion the service was made.

Executed on June 30, 2017, at El Segundo, California.

/s/ Lauren Ortega